# DISTRICT OF CONNECTICUT - NEW HAVEN
# NOTICE OF APPEAL COVER MEMO

**DATE:** October 9, 2003        **TO:** Intake Clerk

**FROM:** S.A. Brown, 203 773 2140

*FILED OCT 20  3 33 PM '03  U.S. DISTRICT COURT  NEW HAVEN, CONN.*

**CASE TITLE:** Ohio Casualty Ins -v- Dentek, Inc

**DOCKET NO.:** 01cv1212 JBA

**NOTICE OF APPEAL:** filed: October 1, 2003

**APPEAL FROM:** final judgment: 9/2/03 Judgment and 9/2/03 underlyingRlng

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party  Y

All parties are listed on Docket Sheet
(Including Third Parties)  Y

All docket entries and dates are included  Y

**FEE STATUS:** Paid ✓    Due ____    N/A ____

IFP revoked ____    Application Attached ____

IFP pending before district judge ____

**COUNSEL:** CJA ____    Retained ____    Pro Se ____

**TIME STATUS:** Timely ✓    Out of Time ____

**MOTION FOR EXTENSION OF TIME:** Granted ____    Denied ____

**COA:** Granted ____    Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL  OCT 15 2003

SIGNED: _____ DATE: _____
DEPUTY CLERK, USCA