FILED
Nov 14  11 54 AM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OHIO CASUALTY INSURANCE COMPANY
as successor to AMERICAN NATIONAL
FIRE INSURANCE COMPANY

CIVIL ACTION NO:
3:01-CV 1212 (JBA)

vs.

DENTEK, INC.,
KAMILLA SIEKIERSKI,
MIDDLESEX MUTUAL ASSURANCE COMPANY,
GENERAL MOTORS ACCEPTANCE CORPORATION,
and MARIE GENTILE, individually and as
administrator of the estate of JOHN
GENTILE

**INDEX TO THE RECORD ON APPEAL**

|  | No. of pages |
|---|---|
| Certified copy of docket sheet |  |

|  | Document No. |
|---|---|
| Complaint, doc #1 | 1 |
| Answer/Affirmative Defenses to Complaint by General Motors, doc #11 | 2 |
| Answer and Affirmative Defenses to Complaint by Middlesex Mutual, doc #15 | 3 |
| Answer and Affirmative Defenses to Complaint by Kamilla Sierkierski, doc #18 | 4 |
| Answer and Affirmative Defenses to Complaint by Dentek, Inc., doc #19 | 5 |
| Ohio Casualty Insurance Company, doc #43 | 8 |
| Statement of Material Facts by Dentek Inc., and Kamilla Sierkierski regarding Motion for Summary Judgment, doc #44 | 9 |
| Statement of Material Facts by Middlesex Mutual regarding Motion for Summary Judgment, doc #45 | 10 |
| Statement of Material Facts by General Motors regarding Motion for Summary Judgment, doc #46 | 11 |
| Reply by Ohio Casualty Insurance Company to Affidavits filed in response to Motion for Summary Judgment by Ohio Casualty Insurance Company, doc #47 | 12 |

Reply by Ohio Casualty Insurance Company in

|  | Document No. |
|---|---|
| Affidavit of Anthony B. Corleto by Dentek Inc., Kamilla Sierkierski, Middlesex Mutual, General Motors, Marie Gentile regarding Motion for Summary Judgment by Marie Gentile, General Motors, Middlesex Mutual, Kamilla Sierkierski and Dentek Inc., doc #59 | 17 |
| Memorandum by Ohio Casualty Insurance Company in Opposition to Motion for Summary Judgment by Marie Gentile, General Motors, Middlesex Mutual, Kamilla Sierkierski, and Dentek Inc., doc #60 | 18 |
| Statement of Material Facts by Ohio Casualty Insurance regarding Motion for Summary Judgment, doc #61 | 19 |
| Memorandum by General Motors in Opposition to Motion for Summary Judgment by Ohio Casualty Insurance Company, doc #64 | 20 |
| Statement of Material Facts by General Motors regarding Motion for Summary Judgment, doc #65 | 21 |
| Sur Reply by Ohio Casualty Insurance Company to response to Motion for Summary Judgment by Marie Gentile, General Motors, Middlesex Mutual, Kamilla Sierkierski, and Dentek Inc., doc #52 | 22 |
| Motion hearing held regarding Motion for Summary Judgment by Ohio Casualty Insurance Company, doc #55 | 23 |
| Reply by Dentek Inc., Kamilla Sierkierski, Middlesex Mutual, General Motors, Marie Gentile in response to Motion for Summary Judgment by Marie Gentile, General Motors, Middlesex Mutual, Kamilla Sierkierski, and Dentek Inc. doc #63 | 24 |
| Reply by General Motors to response to Motion for Summary Judgment by Ohio Casualty Insurance Company, doc #66 | 25 |

| Judgment for Ohio Casualty Insurance Company against Dentek Inc., Kamilla Sierkierski, Middlesex Mutual, General Motors, Marie Gentile, doc #70 | 27 |
|---|---|
| Notice of Appeal of Judgment Order and underlying Ruling by Dentek, Inc., Kamilla Sierkierski, Middlesex Mutual, and General Motors, doc #72 | 28 |

                Respectfully submitted,

                THE DEFENDANT GENERAL MOTORS
                ACCEPTANCE CORPORATION (GMAC)

By: _____
     Anthony B. Corleto, Esq. (CT 13520)
     CORLETO & ASSOCIATES, P.C.
     107 Mill Plain Road, Suite 200
     Danbury, CT 06811-6100
     (203) 790-7540

5

Kamilla Siekierski and Dentek, Inc.

By: /s/ John J. Coughlin
John J. Coughlin, their attorney
Coughlin & Malone, Fed #ct00158
92 Cherry St., P.O. Box 209
Milford, CT 06460
Tel: 203-878-7443

MIDDLESEX MUTUAL ASSURANCE COMPANY

By: *Marc Edrich*
Marc S. Edrich, Esq.
Litchfield & Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

7

## CERTIFICATION

This is to certify that a copy of the foregoing **INDEX TO THE RECORD ON APPEAL** has been mailed, on November 13, 2003 to all counsel of record, pro-se parties and non-appearing parties as follows:

Jack G. Steigelfest, Esq.
HOWARD, KOHN, SPRAGUE & FITZGERALD
237 Buckingham Street
PO Box 261798
Hartford, CT 06126-1798

Michael R. Corsello, Esq.
CORSELLO & COHEN, LLC
10 Byington Place
Norwalk, CT 06850

John J. Coughlin, Esq.
COUGHLIN & MALONE
92 Cherry Street
Post Office Box 209
Milford, CT 06460

Marc S. Edrich, Esq.
Litchfield & Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

_____
Brian S. Frank

T:\Egm0103CT\APPEAL\pld.4.wpd

8