UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY as successor to AMERICAN NATIONAL FIRE INSURANCE COMPANY<br><br>vs.<br><br>DENTEK, INC.,<br>KAMILLA SIEKIERSKI,<br>MIDDLESEX MUTUAL ASSURANCE COMPANY,<br>GENERAL MOTORS ACCEPTANCE CORPORATION,<br>and MARIE GENTILE, individually and as administrator of the estate of JOHN GENTILE | CIVIL ACTION NO:<br>3:01-CV 1212 (JBA) |

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES AND INDEX IN LIEU OF RECORD ON APPEAL.

DATE: 11/24/03

ROSEANN B. MacKECHNIE
CLERK, U.S.C.A. 2ND CIRCUIT

## INDEX TO THE RECORD ON APPEAL

| | No. of pages |
|---|---|
| Certified copy of docket sheet | |
| | Document No. |
| Complaint, doc #1 | 1 |
| Answer/Affirmative Defenses to Complaint by General Motors, doc #11 | 2 |
| Answer and Affirmative Defenses to Complaint by Middlesex Mutual, doc #15 | 3 |
| Answer and Affirmative Defenses to Complaint by Kamilla Sierkierski, doc #18 | 4 |
| Answer and Affirmative Defenses to Complaint by Dentek, Inc., doc #19 | 5 |