FILED

Dec 30  11 54 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY<br>as successor to AMERICAN NATIONAL<br>FIRE INSURANCE COMPANY | CIVIL ACTION NO:<br>3 01 CV 1212 JBA |
| vs. | |
| DENTEK, INC.,<br>KAMILLA SIEKIERSKI,<br>MIDDLESEX MUTUAL ASSURANCE<br>COMPANY,<br>GENERAL MOTORS ACCEPTANCE<br>CORPORATION, and<br>MARIE GENTILE, individually and as<br>administrator of the estate of JOHN GENTILE | DECEMBER 29, 2003 |

## SUPPLEMENT TO INDEX TO THE RECORD ON APPEAL

| Entry | Document No. |
|---|---|
| Order granting [40-1] motion to Strike Portion of Affidavit of Anthony Corletto (signed by Judge Janet B. Arterton)(sab) [Entry date 03/26/03], doc. #53 | 29 |

THE PLAINTIFF
OHIO CASUALTY INSURANCE COMPANY
as successor to AMERICAN NATIONAL FIRE
INSURANCE COMPANY

BY _____
Jack G. Steigelfest, Esq.
Howard, Kohn, Sprague & FitzGerald
Post Office Box 261798
Hartford, Connecticut 06126-1798
(860) 525-3101   Fed Bar No. ct 05733

HOWARD, KOHN SPRAGUE & FITZGERALD, LLP • ATTORNEYS-AT-LAW
237 BUCKINGHAM STREET • P.O. BOX 261798 • HARTFORD, CT 06126-1798 • (860) 525-3101 • JURIS NO. 28160

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, U.S. Mail - postage prepaid, on this the 29TH day of December, 2003, to:

Robert B. Keyes, Esq.
10 Byington Place
Norwalk, Connecticut  06850

John J. Coughlin, Esq.
Post Office Box 209
Milford, Connecticut  06460

Mark S. Edrich, Esq.
Peter J. Ponziani, Esq.
Litchfield Cove
40 Tower Lane, Suite 200
Avon, Connecticut  06001

Anthony Corleto, Esq.
Corleto & Associates
107 Mill Plain Road, Suite 200
Danbury, Connecticut  06811-6100

_____
Jack G. Steigerfast
Howard, Kohn, Sprague & FitzGerald

2

HOWARD, KOHN SPRAGUE & FITZGERALD, LLP • ATTORNEYS-AT-LAW
237 BUCKINGHAM STREET • P.O. BOX 261798 • HARTFORD, CT 06126-1798 • (860) 525-3101 • JURIS NO. 28160

# Howard, Kohn, Sprague & FitzGerald LLP

Established in 1786
Attorneys and Counselors at Law

John Stephen Papa
James M. Moher
Constance L. Epstein
Thomas P. Cella †
Jack G. Steigelfest
James F. Sullivan
Todd W. Whitford *
Steven J. Barber *
Keith R. Rudzik *
Christopher M. Harrington
Brian D. Danforth

237 Buckingham Street
Post Office Box 261798
Hartford, CT 06126-1798
(860) 525-3101
Fax: (860) 247-4201

http://www.hksflaw.com
jgs@hksflaw.com

Of Counsel:
John R. FitzGerald
Robert P. Volpe

99 East Center Street
Manchester, CT 06040
(860) 646-8075

Nationally Board Certified Civil Trial Lawyer †
Also Admitted in Massachusetts *

December 29, 2003

United States District Court
District of Connecticut
Office of the Clerk
United States Courthouse
New Haven, CT 06510

    Re:    Ohio Casualty Insurance Company v. Dentek, Inc. et al
            Docket No. 3:01 cv 1212 (JBA)
            USCA Docket No. 03-9067

Dear Sir or Madam,

    By correspondence dated November 20, 2003, your office forwarded to the United States Court of Appeals for the Second Circuit the Index to the Record prepared by the appellants in this matter. As counsel for the appellee Ohio Casualty Insurance Company, I believe that this Index is incomplete. Because counsel for the appellants have not responded to my request that they submit a supplemented Index to the Record, I have no recourse but to submit the attached Supplement to the Index to the Record, including the one docket entry I believe necessary on the present state of the record but has been omitted by the appellants.

    I thank you for your attention to this document and hope you will not hesitate to contact me with any questions or concerns you may have.

Very truly yours,

Jack G. Steigelfest