FILED
Jan 26  2 56 PM '04

FILED
Jan 7  2 35 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY as successor to AMERICAN NATIONAL FIRE INSURANCE COMPANY | CIVIL ACTION NO: 3:01-CV 1212 (JBA) |
| vs. | |
| DENTEK, INC., KAMILLA SIEKIERSKI, MIDDLESEX MUTUAL ASSURANCE COMPANY, GENERAL MOTORS ACCEPTANCE CORPORATION, and MARIE GENTILE, individually and as administrator of the estate of JOHN GENTILE | |

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES AND INDEX IN LIEU OF RECORD ON APPEAL.

DATE: 1/21/04
ROSEANN B. MacKECHNIE
CLERK, U.S.C.A. 2ND CIRCUIT

APPELLANT'S SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL

| | Document No. |
|---|---|
| Motion by Ohio Casualty Ins. to Strike Portion of Affidavit of Anthony Corleto (brief due 9/30/02), doc #40 | 30 |
| Memorandum by Ohio Casualty Ins. In support of [40-1] motion to Strike Portion of Affidavit of Anthony Corleto, doc #41 | 31 |
| Memorandum by General Motors in Opposition to [40-1] motion to Strike Portion of Affidavit of Anthony Corleto by Ohio Casualty Ins., doc #49 | 32 |
| Reply by Ohio Casualty Ins. to Response to [40-1] motion to Strike Portion of Affidavit of Anthony Corleto by Ohio Casualty Ins., doc #50 | 33 |