FILED

Jun  1  2 44 PM '04

UNITED STATES COURT OF APPEALS DISTRICT COURT
FOR THE SECOND CIRCUIT NEW HAVEN. CONN.

OHIO CASUALTY INSURANCE COMPANY            DOCKET NO: 03-9067
also known as AMERICAN NATIONAL
FIRE INSURANCE COMPANY

                    Plaintiff-Appellee

vs.

MARIE GENTILE, individually and as
administrator of the estate of JOHN
GENTILE

                    Defendant,

DENTEK, INC., KAMILLA SIEKIERSKI,
MIDDLESEX MUTUAL ASSURANCE COMPANY, and
GENERAL MOTORS ACCEPTANCE CORPORATION,

                    Defendant-Appellants.

---

### STIPULATION

     The foregoing action now proceeding to appeal, it is hereby

agreed to by all the parties herein that the following items be

added to Appellant's Index to the record on appeal:

**APPELLANT'S SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL**

                                                    Doc. No.

Scheduling Order setting discovery                     34
cut-off 7/1/02;
Disposition motions due 8/1/02;
Status report by 5/27/02

|                                                                                                      | Doc. No. |
| ---------------------------------------------------------------------------------------------------- | -------- |
| Trial Ready Date set for 2/1/03 (signed by Judge Janet B. Arterton) (Ruocco, M.), Doc. #17          |          |
| Motion by General Motors to compel to make disclosure pursuant to Fed. Rule 26(a)(5)(Brief due 7/1/02) (Sherman, M.), Doc. #28 | 35 |
| Order denying [67-1] motion for reconsideration of 8/6/02 endorsement order resetting dispositive motions due by 9/3/02 re: [34-1] motion to extend dispositive motions' deadline to 10/1/02 (signed by Judge Janet B. Arterton) (Warner, R.), Doc. #68 | 36 |

Dated:     March 1, 2004
           Danbury, Connecticut

                    Respectfully submitted,


          By:    _____
                 Anthony B. Corleto, Esq. (CT 13520)
                 CORLETO & ASSOCIATES, P.C.
                 *Attorneys for Defendant General
                 Motors Acceptance Corporation(GMAC)*
                 107 Mill Plain Road, Suite 200
                 Danbury, CT 06811-6100
                 (203) 790-7540


          By:    _____
                 Jack G. Steigelfest, Esq.
                 HOWARD, KOHN, SPRAGUE & FITZGERALD
                 *Attorneys for Plaintiff*
                 237 Buckingham Street
                 PO Box 261798
                 Hartford, CT 06126-1798

By: _____ by permission-B/s_
John J. Coughlin, Esq.
COUGHLIN & MALONE
*Attorneys for Defendants-Appellants*
*Kamilla Siekierski and Dentek, Inc.*
92 Cherry Street
Post Office Box 209
Milford, CT 06460


By: _____
Marc S. Edrich, Esq.
LITCHFIELD & CAVO
*Attorneys for Defendant-Appellant*
*Middlesex Mutual Assurance Company*
40 Tower Lane, Suite 200
Avon, CT 06001


T:\Egm0103CT\APPEAL\pld.6.wpd