

FILED
JUN 1  2 44 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OHIO CASUALTY INSURANCE COMPANY      CIVIL ACTION NO:
as successor to AMERICAN NATIONAL     3:01-CV 1212 (JBA)
FIRE INSURANCE COMPANY

vs.

DENTEK, INC.,
KAMILLA SIEKIERSKI,
MIDDLESEX MUTUAL ASSURANCE COMPANY,
GENERAL MOTORS ACCEPTANCE CORPORATION,
and MARIE GENTILE, individually and as
administrator of the estate of JOHN
GENTILE

---

## APPELLANT'S SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL

| | Doc. No. |
|---|---|
| Scheduling Order setting discovery cut-off 7/1/02; Disposition motions due 8/1/02; Status report by 5/27/02 | 34 |
| Trial Ready Date set for 2/1/03 (signed by Judge Janet B. Arterton) (Ruocco, M.), Doc. #17 | 35 |
| Motion by General Motors to compel to make disclosure pursuant to Fed. Rule 26(a)(5)(Brief due 7/1/02) (Sherman, M.), Doc. #28 | 36 |

|  | Doc. No. |
|---|---|
| Order denying [67-1] motion for reconsideration of 8/6/02 endorsement order resetting dispositive motions due by 9/3/02 re: [34-1] motion to extend dispositive motions' deadline to 10/1/02 (signed by Judge Janet B. Arterton) (Warner, R.), Doc. #68 | 37 |

Respectfully submitted,

THE DEFENDANT GENERAL MOTORS
ACCEPTANCE CORPORATION (GMAC)

By: _____
Anthony R. Corleto, Esq. (CT 13520)
CORLETO & ASSOCIATES, P.C.
107 Mill Plain Road, Suite 200
Danbury, CT 06811-6100
(203) 790-7540

2

## CERTIFICATION

This is to certify that a copy of the foregoing **APPELLANT'S SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL** has been mailed, on May 27, 2004 to all counsel of record, pro-se parties and non-appearing parties as follows:

Jack G. Steigelfest, Esq.
HOWARD, KOHN, SPRAGUE & FITZGERALD
237 Buckingham Street
PO Box 261798
Hartford, CT 06126-1798

Michael R. Corsello, Esq.
CORSELLO & COHEN, LLC
10 Byington Place
Norwalk, CT 06850

John J. Coughlin, Esq.
COUGHLIN & MALONE
92 Cherry Street
Post Office Box 209
Milford, CT 06460

Marc S. Edrich, Esq.
Litchfield & Cavo
40 Tower Lane, Suite 200
Avon, CT 06001

_____
Anthony B. Corleto

T:\Egm0103CT\APPEAL\pld.8.wpd

3