# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

IN RE:  OHIO CASUALTY INS CO, et al          DOCKET NO. 3:01cv1212 JBA

VS.                                          USCA NO.    03-9067

IN RE:  DENTEK, INC, et al

## THIRD SUPPLEMENTAL INDEX TO RECORD ON APPEAL

DATE: 6/9/04 TM

CLERK, U.S.C.A. 2ND CIRCUIT